

# Fourth Court of Appeals
## San Antonio, Texas

December 27, 2023

No. 04-23-00868-CR

**EX PARTE** Oscar Gamboa **QUEZADA**

From the County Court, Kinney County, Texas
Trial Court No. 11369CR
Honorable Susan D. Reed, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the court **DISMISSES** this appeal for want of jurisdiction.

It is so **ORDERED** on December 27, 2023.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of December, 2023.

_____
Michael A. Cruz, Clerk of Court